IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CARL JEFFREY PARKS                                      PLAINTIFF

          v.              Civil No. 11-5023

JAIL DEPUTY HALL (Third Shift);
JAIL ADMINISTRATOR ROBERT
HOLLY; and SHERIFF KEITH
FERGUSON                                                DEFENDANT

O R D E R

Now on this 7th day of November, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #30), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

IT IS THEREFORE ORDERED that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

IT IS FURTHER ORDERED that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed**.

IT IS SO ORDERED.

                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE